IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| JOSHUA SHANAFELT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:19-CV-146-JHM |
| | ) |
| SEAGLE PIZZA, INC. | ) |
| d/b/a DOMINO'S PIZZA; and | ) |
| JOSEPH M. SEAGLE, individually | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. § 1441, *et seq.*, Defendants, Seagle Pizza, Inc. d/b/a Domino's Pizza and Joseph M. Seagle, individually, by counsel, hereby file this Notice to remove an action pending against them in Henderson Circuit Court, to the United States District Court for the Western District of Kentucky, Owensboro Division. In support of this removal, Defendants state as follows:

**Background**

1. Plaintiff, Joshua Shanafelt, individually and on behalf of similarly situated persons ("Plaintiff"), filed this action on October 3, 2019 in Henderson Circuit Court, said action being designated Civil Case No. 19-CI-00565 (the "State Court Action").

2. A copy of the Civil Summons and Complaint were served on Defendants' agents for service of process on October 8, 2019. A true and accurate copy of the Civil Summons and Complaint in the State Court Action are attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 1446(a), the pleadings attached hereto as Exhibit A comprise all of the "process, pleadings, and orders served upon…defendants…in [this] action."

### Federal Question Jurisdiction

4. The Complaint alleges, in part, violations of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 216(b) (Exhibit A - Complaint, ¶¶ 56-71).

5. Pursuant to 28 U.S.C. §1331, this court has original jurisdiction over Plaintiff's FLSA claim because it arises under federal law. Thus, Plaintiff's FLSA claim is removable to this court under 28 U.S.C. §1441(a).

6. The remaining state law claims are removable pursuant to 28 U.S.C. § 1441(c).

### Venue

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Western District of Kentucky, Owensboro Division, is the federal judicial district embracing the Circuit Court for Henderson County, Kentucky, in which the State Court Action was originally filed.

### Timely Filing

8. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days of Defendants' receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b). The Complaint was filed on October 3, 2019, and Defendants were served on October 8, 2019.

### Procedural Requirements

9. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with the filing of this Notice of Removal, Defendants filed in Henderson Circuit Court a Notice of Filing of Notice of Removal with a copy of this Notice of Removal attached thereto. Furthermore, Defendants sent counsel for Plaintiff a copy of both this Notice of Removal and the Notice of Filing of Notice of Removal.

10. The United States District Court for the Western District of Kentucky, Owensboro Division, is the district court of the United States for the district and division within which the State Court Action was filed and is pending.

11. In filing this notice, Defendants do not waive any defenses available to them in this action.

12. Pursuant to 28 U.S.C. § 1446 (b)(2)(A)-(C), all Defendants who have been joined and served in this matter consent to removal and join in this Notice of Removal.

13. This Notice of Removal has been verified by Craig Siegenthaler and Paul Goatley, counsel for Defendants herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendants respectfully notify this Court that the State Court Action pending against them in Henderson Circuit Court has been removed to this Court in accordance with the foregoing statutory provisions

Respectfully submitted,

/s/ Craig Siegenthaler
Craig P. Siegenthaler
Paul E. Goatley
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky  40202
Telephone: (502) 561-3990
Facsimile: (502) 561-3991
Email: csiegenthaler@fisherphillips.com
Email: pgoatley@fisherphillips.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2019, I electronically filed the foregoing *Notice of Removal* with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the below individuals. Courtesy copies were also served via electronic mail.

    David O'Brien Suetholz, Esq.
    BRANSTETTER, STRANCH & JENNINGS, PLLC
    515 Park Avenue
    Louisville, Kentucky 40208
    Telephone: (502) 636-4333
    Email: davids@bsjfirm.com

    Joe P. Leniski, Jr., Esq.
    Daniel P. Hull, Esq.
    BRANSTETTER, STRANCH & JENNINGS, PLLC
    The Freedom Center
    223 Rosa L. Parks Avenue, Suite 200
    Nashville, Tennessee 37203
    Telephone: (615) 254-8801
    Email: joeyl@bsjfirm.com
    Email: danielh@bsjfirm.com

    COUNSEL FOR PLAINTIFF

                                         */s/ Craig Siegenthaler*
                                         COUNSEL FOR DEFENDANTS